Argued October 9, affirmed October 22, petition for rehearing denied November 15, 1973, petition for review denied January 15, 1974

STATE OF OREGON, *Respondent*, *v.* BENJAMIN GEORGE FLEISCHMAN, Jr. (No. C57220), *Appellant.*

514 P2d 1348

*Robert J. Morgan*, Milwaukie, argued the cause for appellant. With him on the brief was Howard Clyman, West Linn.

*John W. Burgess*, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and DENECKE, Judges.

PER CURIAM.

AFFIRMED. *State v. Walgraeve*, 243 Or 328, 412 P2d 23, 413 P2d 609 (1966); *State v. Fleischman*, 10 Or App 22, 495 P2d 277, Sup Ct *review denied* (1972).